**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: AUREAL, INC.,                                        No. C 04-05100 SI

    Debtor.                                                     **JUDGMENT**
_____/

NEXT FACTORS, INC.,

    Appellant,

  v.

AUREAL, INC.,

    Appellee.
_____/

    The bankruptcy court's award of attorneys' fees in favor of appellee and against appellant was affirmed in part and remanded in part. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 25, 2006

                                              SUSAN ILLSTON
                                              United States District Judge